TGC DEV. CO. v. AEGEAN LAND CO.

No. 520P02

Case below: 151 N.C. App. 602

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

VAUGHN v. CVS REVCO D.S., INC.

No. 641P01

Case below: 146 N.C. App. 751

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 21 November 2002.